UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS EDUARDO CADENA DURAN,    **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

## COUNT 1
**(Assaulting, Resisting, or Impeding Federal Officer)**

On or about November 26, 2025, in Calhoun County, in the Southern Division of the Western District of Michigan,

**CARLOS EDUARDO CADENA DURAN**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with J.R., a United States Department of Homeland Security Customs and Border Protection officer while he was engaged in the performance of official duties, in that the defendant then and there made physical contact with, and inflicted bodily injury on, said officer while he was in custody and being transported to the Calhoun County Jail.

18 U.S.C. § 111(a), (b)

## COUNT 2
### (Threatening Federal Law Enforcement Officers)

On or about November 26, 2025, in Calhoun County, in the Southern Division of the Western District of Michigan,

**CARLOS EDUARDO CADENA DURAN**

knowingly threatened to assault and murder one or more Federal law enforcement officers with intent to impede, intimidate, and interfere with such officers while they were engaged in the performance of official duties, in that he then and there threatened to injure and kill United States Customs and Border Protection Officers J.R. and S.R. while they were transporting him to the Calhoun County Jail.

18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 115(b)(4)
18 U.S.C. § 115(c)(1)

TIMOTHY VERHEY
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney

A TRUE BILL

__[ /s/ Redacted ]_____
GRAND JURY FOREPERSON