UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLOS EDUARDO CADENA DURAN,

        Defendant.

_____/

Case No. 1:26-cr-4

Hon. Robert J. Jonker
United States District Judge

**DEFENDANT'S MOTION FOR ENDS OF JUSTICE
CONTINUANCE AND BRIEF IN SUPPORT**

The defendant Carlos Eduardo Cadena Duran, by his attorney Eric Fleddermann, Assistant Federal Public Defender, moves this Honorable Court for an ends of justice continuance of up to 30 days for the final pretrial conference and jury trial dates under 18 U.S.C. § 3161(h)(7)(A).  Defense counsel has consulted with the Assistant United States Attorney in this matter, Donald Daniels, and the government does not oppose the request for an ends of justice continuance.

On January 6, 2026, the grand jury indicted Mr. Cadena Duran on one count of assaulting, resisting, or impeding federal officers and one count of threatening federal law enforcement officers.  On January 8, 2026, Mr. Cadena Duran appeared in court with undersigned counsel for his first appearance and arraignment hearings.  He was remanded to the custody of the United States Marshals Service.  On January 12, 2026, Mr. Cadena Duran returned to Court with undersigned counsel for his detention hearing.  Mr. Cadena

Duran was detained pending trial in this matter.  On January 29, 2026, Mr. Cadena Duran moved for an ends of justice continuance, which this Court granted, resulting in the currently scheduled dates. The final pretrial conference is scheduled for June 22, 2026, and the jury trial is scheduled for June 30, 2026.

Mr. Cadena Duran intends to hold the government to its burden of proof at trial.  To fully represent Mr. Cadena Duran's interests at trial, the defense requests an adjournment and rescheduling of the final pretrial conference and jury trial dates.  Counsel for Mr. Cadena Duran has scheduling conflicts with the currently scheduled dates, as Mr. Fleddermann will be out of the state for a two-weeks-long training and scheduled leave. Mr. Fleddermann has been lead counsel on Mr. Cadena Duran's case and has been engaged in fact investigation, strategy development, and communications with Mr. Cadena Duran, rendering his presence essential to a fair trial.

Counsel has consulted with the government about its availability and that of its witnesses for a rescheduled trial in June or July. Mutually workable dates are July 15–17 or July 23–31.  Both parties estimate this trial to last about one day, though it may be prudent to budget two days if the Court's calendar permits.

This is Mr. Cadena Duran's second request for an ends of justice continuance. Counsel is unaware of any undue prejudice to the government that would result from this extension of time.  Mr. Cadena Duran understands that he has a right to a speedy trial pursuant to 18 U.S.C. § 3161, and a Consent to Adjournment has been signed and will be filed separately.

18 U.S.C. § 3161(h)(7)(A) authorizes courts to exclude time from the 70-day period

within which a defendant must be brought to trial. That statute grants "wide latitude to the judge" and "allows courts to respond to the needs of individual cases." *United States v. White*, 985 F.2d 271, 275 (6th Cir. 1993). Here, the ends of justice served by granting a continuance—to permit lead defense counsel to be present at trial—"outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Such a continuance is necessary, reasonable, and for good cause.

For these reasons, Mr. Cadena Duran requests that this Court continue the final pretrial conference and jury trial dates for up to 30 days.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

Dated: April 24, 2026

/s/ Eric Fleddermann
ERIC FLEDDERMANN
Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420