UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:26–cr–00004–RJJ

    v.                             Hon. Robert J. Jonker

CARLOS EDUARDO CADENA DURAN,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:          May 27, 2026  10:00 AM
Judge:              Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

                                   ROBERT J. JONKER
                                   United States District Judge

Dated:  May 12, 2026        By:   /s/ Stephanie Carpenter
                                 Case Manager