UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLOS EDUARDO CADENA DURAN,

        Defendant.

_____/

No.    1:26-CR-04

Hon. Robert J. Jonker
United States District Judge

SUPERSEDING
INFORMATION
**PENALTY SHEET**

**INTERPRETER/SPANISH**

## CHARGE – Assaulting, Resisting, or Impeding Federal Officers [18 U.S.C. § 111(a), (b)]

**Maximum Penalty:** 20 years in prison and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Other**:  Removal, denial of citizenship, and/or denial of admission to the United States in the future

**Restitution:** Mandatory [18 U.S.C. § 3663A]


Date:  May 27, 2026

/s/Donald Daniels_____
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046