**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| **USA v.**   Carlos Eduardo Cadena Duran | **DISTRICT JUDGE:**   Robert J. Jonker |
|---|---|

| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
|---|---|---|---|---|
| 1:26-cr-4 | May 27, 2026 | 10:10 - 10:59 a.m. | Grand Rapids | Donna Bos |

## APPEARANCES

| Government:<br>Donald Daniels | Defendant:<br>Eric Fleddermann | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| **TYPE OF HEARING** | **DOCUMENTS** | **CHANGE OF PLEA** |
|---|---|---|
| ✓ Arraignment:<br>__ mute  __ nolo contendre<br>__ not guilty  __ guilty<br>__ Final Pretrial Conference<br>__ Detention  (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>✓ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>✓ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>✓ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other:<br>_____ | Charging Document:<br>__ Read  __ Reading Waived<br>Guilty Plea to Count(s) 1_____<br>of the  SuperSeding Information____<br>Count(s) to be dismissed at sentencing:<br>Remaining._____<br><br>✓ Presentence Report Ordered<br>__ Presentence Report Waived<br>✓ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>✓ No Written Plea Agreement |

## SENTENCING

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $_____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes  __ No<br>Defendant informed of right to appeal:  __ Yes  __ No<br>Counsel informed of obligation to file appeal:  __ Yes  __ No<br>Conviction Information:<br>   Date: _____<br>   By: _____<br>   As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Defendant arraigned on felony information (ECF No. 24) and waived indictment.

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| Detention Continued | $ |

| **CASE TO BE:**   Set for Hearing | **TYPE OF HEARING:** Sentencing |
|---|---|
| **Reporter/Recorder:**   Paul Brandell | **Case Manager:**   S. Carpenter |