# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

CARLOS EDUARDO CADENA DURAN

## WAIVER OF INDICTMENT

CASE NUMBER:   1:26-cr-4

I,   <u>CARLOS EDUARDO CADENA DURAN</u>  , the above named defendant, who is accused of

Assaulting, Resisting, or Impeding Federal Officers [18 U.S.C. § 111(a), (b)]

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on  _____<u>May 27, 2026</u>_____ prosecution by indictment and consent that the pro-
                                       _Date_

ceeding may be by information rather than by indictment.

_Carlos Cadena_

_____
**Defendant**

_____
_Counsel for Defendant_

Before  _____
                        _Judicial Officer_

ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE