UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:26-cr-00004-RJJ

    v.                                 Hon. Robert J. Jonker

CARLOS EDUARDO CADENA DURAN,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Sentencing
Date/Time:            August 31, 2026   02:00 PM
Judge:                Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

                                      ROBERT J. JONKER
                                       United States District Judge

Dated:  May 27, 2026        By:   /s/ Stephanie Carpenter
                                      Case Manager